UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 9/15/23          TIME: 10:00am (60mins)

CRIMINAL CAUSE FOR: Plea

DOCKET #: CR22-00232

DEFENDANT: Somorie Moses-c          ATTORNEY: Michael K. Bachrach, Esq.

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jonathan Siegel

COURT REPORTER: Andronikh Barna

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: T. Campbell

Conference held.
Deft made an application to plea guilty and withdraw previous not guilty plea.
The government moves that Court Exhibit 1 be filed under seal to protect the privacy interest of
the victims whose names are disclosed there; Application GRANTED.
Deft sworn and advised.
Deft entered a plea of guilty to counts 1-10 of the indictment.
Guilty plea accepted by the Court.
The governments moves to dismiss the motion for leave to file the pro se filing as moot;
Application GRANTED.
Sentencing schedule is as follows: PSI report due 12/8/23; Deft letter due 12/22/23; Govt
response due 12/29/23; and Sentencing will be held on 1/8/2 at 10am.